UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN SLOAN,

      Petitioner,

v.                                         Case No. 08-C-817

UNITED STATES OF AMERICA,

      Respondent.

## ORDER

John Sloan appealed this Court's dismissal of his action. Subsequent to filing his notice of appeal, he filed a motion for reconsideration in this Court. The Seventh Circuit has now denied Sloan's appeal. For the reasons already given by this Court and the court of appeals, the motion for reconsideration is **DENIED**.

**SO ORDERED** this 8th day of June, 2009.

                                          /s William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge