UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN SLOAN,

       Petitioner,

v.                                 Case No. 08-C-817

UNITED STATES OF AMERICA,

       Respondent.

**ORDER**

      John Sloan is back with another motion for reconsideration. He recently filed a notice of appeal of my denial of his last motion for reconsideration. His case was remanded, and the court of appeals directed that the motion be denied for lack of jurisdiction owing to petitioner's failure to comply with the rules governing second or successive petitions. The instant motion for reconsideration is essentially the same one he filed earlier. For the reasons already given by the Seventh Circuit, I must **DENY** the motion for lack of jurisdiction. The motion for recusal is also **DENIED**. Petitioner is warned that further improper filings could result in sanctions.

      **SO ORDERED** this   19th   day of January, 2010.

                                                    s/ William C. Griesbach
                                                   William C. Griesbach
                                                   United States District Judge